**APOTEX, INC. and Apotex Corp., Plaintiffs–Appellants,**

v.

**PFIZER INC., Defendant–Appellee.**

**No. 05–1199.**

United States Court of Appeals, Federal Circuit.

Dec. 12, 2005.

Before LINN, DYK, and PROST, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.